IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Leslie Wayne Rouillard, Jr.,<br><br>Defendant. | CR-17-23-GF-BMM<br><br><br><br>ORDER |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on August 24, 2022. (Docs. 104 and 105.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on August 23, 2022. (Doc. 102.) The United States accused Leslie Wayne Rouillard, Jr. (Rouillard) of violating his conditions of supervised release 1) by committing another crime; 2) by

using methamphetamine; and 3) by failing to maintain full time employment. (Docs 90 and. 99.)

At the revocation hearing, Rouillard admitted to violating the conditions of his supervised release 1) by committing another crime; 2) by using methamphetamine; and 3) by failing to maintain full time employment. (Doc. 102.) Judge Johnston found that the violations Rouillard admitted proved to be serious and warranted revocation, and recommended revocation of Rouillard's supervised release and recommended that Russette receive a custodial sentence of 6 months, with no supervised release to follow. (Docs. 104 and 105.)  Rouillard was advised of his right to appeal and his right to allocute before the undersigned.  Rouillard waived those rights.  (Doc. 102.)  The violations prove serious and warrant revocation of Rouillard's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Docs. 104 and 105) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Leslie Wayne Rouillard, Jr. be sentenced to the Bureau of Prisons for 6 months, with no supervised release to follow. Rouillard will serve the term of his custody at the Roosevelt County Jail, Wolf Point, Montana.  The sentence imposed on the revocation petition dated June 2,

2022 will run concurrent with the sentence imposed on the revocation petition dated August 9, 2022.

DATED this 24th day of August, 2022.

_____
Brian Morris, Chief District Judge
United States District Court